UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20698-CR-SCOLA

UNITED STATES OF AMERICA

v.

MARGARET MARIE ELLIOTT,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION ON GUILTY PLEA

    THIS MATTER is before the Court on the Defendant's request to enter a plea of guilty. By Order [ECF No. 521], the Court referred the change of plea to Magistrate Judge Frank J. Lynch, Jr. on March 8, 2012. On March 13, 2012, the Magistrate Judge conducted a change of plea hearing for Defendant Elliott. By Order [ECF No. 538] that same day, the Magistrate Judge issued a Report and Recommendation that the Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty of the offenses to which she has entered her plea of guilty.

    The Defendant and the Government were given the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has now carefully considered the Report and Recommendation and has also conducted a *de novo* review of the entire file.

    Accordingly, upon review and consideration, it is hereby **ORDERED and ADJUDGED** that the Magistrate Judge's Report and Recommendation is **ADOPTED and APPROVED** in its entirety. The Defendant is adjudged guilty of Counts One, Six, and Nine of the Indictment.

    A sentencing hearing before the undersigned has been scheduled for **Friday June 8, 2012 at 11:30 a.m.**, at the Wilkie D. Ferguson U.S. Courthouse, 400 N. Miami Ave., Courtroom 12-3, Twelfth Floor, in Miami, Florida.

    **DONE AND ORDERED** in chambers at Miami, Florida on April 5, 2012.

                                           **ROBERT N. SCOLA, JR.**
                                           **UNITED STATES DISTRICT JUDGE**

*Copies to*:
Counsel of Record; Magistrate Judge Lynch