UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-cr-20698-SCOLA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

AIMAN ARYAN et al.,

    Defendants.
_____ /

## ORDER DENYING PETITION BY GLOBAL EXPRESS MONEY ORDERS, INC.

THIS MATTER is before the Court on the Petition for Order Declaring Right, Title and Interest of Petitioner in $24,436.08 of Seized Funds Superior to the United States and Directing Release of Said Property to Petitioner [ECF No. 841], filed by Joseph J. Yurko as Vice President of Global Express Money Orders, Inc. This Motion is **DENIED WITHOUT PREJUDICE**.

Global Express Money Orders, Inc. is a corporation and the instant Petition was filed by its Vice President, Joseph J. Yurko, without attorney representation. In the Eleventh Circuit, however, corporations may not be unrepresented by counsel in any case. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel."); *Old Nat'l Bank v. Goldberg & Assocs., LLC*, 2009 WL 813019, at *1 n.1 (S.D. Fla. Mar. 23, 2009) ("It is well established in this Circuit that a corporation cannot appear *pro se* and must be represented by counsel."). Therefore, the Petition must be denied, with leave to re-file if/when Global Express Money Orders, Inc. obtains attorney representation.

**DONE and ORDERED** in Chambers at Miami, Florida on July 19, 2012.

                              **ROBERT N. SCOLA, JR.**
                              **UNITED STATES DISTRICT JUDGE**

*Copies to:*
U.S. Magistrate Judge Bandstra
Counsel of Record (via CM/ECF)
Global Express Money Orders, Inc.
   (address of record)